

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLAUDE R. FRAZIER,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-00603 |
| VERSUS | |
| TIM WILKINSON, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED, Frazier's motion for summary judgment is DENIED, and Frazier's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9TC day of November, 2011.

                                        DEE D. DRELL
                         UNITED STATES DISTRICT JUDGE